# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LUCIOUS JOHNSON**<br><br>v.<br><br>**CSX INTERMODAL TERMINALS, INC.** and **CITY OF PHILADELPHIA.** | **CIVIL ACTION**<br><br>**NO. 20-113** |

## ORDER

**AND NOW** this 21st day of April, 2020, upon consideration of Plaintiff's Motion to Remand to State Court, (ECF 9), and Defendant CSX Intermodal Terminals, Inc.'s Opposition to Plaintiff's Motion to Remand, (ECF 15), for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that Plaintiff's Motion to Remand to State Court is **DENIED**.

BY THIS COURT:

s/ Michael M. Baylson

**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\CIVIL 20\20-113 Johnson v CSX\20cv113 Order re Motion to Remand.doc